UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA      )
     )
     v.      )    CAUSE NO. 3:10-CR-131(01)RM
     )
JASON C. SLAVEY      )

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on March 29, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 24], ACCEPTS defendant Jason Slavey's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(2).

SO ORDERED.

ENTERED:    May 20, 2011   

           /s/ Robert L. Miller, Jr.       
           Judge, United States District Court